

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KMT/AAS  *271 Cadman Plaza East*
F. #2015R01817  *Brooklyn, New York 11201*

April 11, 2016

By Hand Delivery and ECF

Michael P. Padden, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

      Re:    United States v. Eduardo Cornejo
                  Criminal Docket No. 16-096 (BMC)

Dear Mr. Padden:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find additional discovery in the above-referenced matter. The government also requests reciprocal discovery from the defendant.

| Discovery Exhibit | Bates range | Description | VDM/SVDM[1] |
|---|---|---|---|
| 13 | 005347-005392 | Documents related to a search warrant for the defendant's telephone assigned number ending in 0046. | VDM |
| 14 | N/A | Thumb drive containing results of a search of defendant's telephone assigned number ending in 0046. | SVDM |
| 15 | 005393-009450 | Phone records for telephones assigned numbers ending in 0046, 3731 and 8557. | VDM |

---

      [1] All Rule 16 discovery disclosed in this case is subject to the protective order entered on March 23, 2016 (the "March 23, 2016 Order") (Dkt. No. 18). Items designated herein as Victim Discovery Material ("VDM") or "Sensitive Victim Discovery Material" ("SVDM") are subject to the restrictions set forth in the March 23, 2016 Order.

| 16 | 009451-009460 | Documents related to a pen register for telephone assigned number ending in 0046. | VDM |
| 17 | 009461-009516 | Pen register data for telephone assigned number ending in 0046. | VDM |
| 18 | 009517-009526 | Documents related to a pen register for telephone assigned number ending in 8557. | VDM |
| 19 | 009527-009776 | Pen register data for telephone assigned number ending in 8557. | VDM |
| 20 | Excel file with file name 009777.GPS historical data.csv | GPS data collected pursuant to warrant disclosed as Discovery Exhibit 5, bearing bates numbers 000071-00091. | |

          Very truly yours,

          ROBERT L. CAPERS
          United States Attorney

By:   /s/
      Alex Solomon
      Kevin Trowel
      Assistant U.S. Attorneys
      (718) 254-7000

Enclosures

cc:    Clerk of the Court (BMC) (by ECF) (without enclosures)