

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/KMT
F. #2015R01817

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 12, 2016

<u>By Hand Delivery and ECF</u>

Michael P. Padden, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

      Re:    United States v. Eduardo Cornejo
             <u>Criminal Docket No. 16-096 (BMC)</u>

Dear Mr. Padden:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find enclosed a compact disc containing the following additional discovery in the above-referenced matter. The government renews its request for reciprocal discovery from the defendant.

| Discovery Exhibit | Bates range | Description | VDM/SVDM[1] |
|---|---|---|---|
| 21 | N/A | July 9, 2015 and September 23, 2015 surveillance video clips from 62 Newberry Avenue in Staten Island | VDM |

Very truly yours,

ROBERT L. CAPERS
United States Attorney

By:   /s/
     Alexander Solomon
     Kevin Trowel
     Assistant U.S. Attorneys
     (718) 254-7000

Enclosure

cc:    Clerk of the Court (BMC) (by ECF) (without enclosure)

---

[1] All Rule 16 discovery disclosed in this case is subject to the protective order entered on March 23, 2016 (the "March 23, 2016 Order") (Dkt. No. 18). Items designated herein as Victim Discovery Material ("VDM") or "Sensitive Victim Discovery Material" ("SVDM") are subject to the restrictions set forth in the March 23, 2016 Order.